LIBEL OF SIMEON HEATH *versus* INTOXICATING LIQUORS and MILTON FARNHAM, *claimant, appellant.*

Judgment will not be arrested in case of libel under c. 33, of the Public Laws of 1858, because the officer did not, in accordance with the requirements of the "search and seizure" warrant, arrest, or give any reason for not arresting the person in whose possession the liquors were found.

ON EXCEPTIONS from *Nisi Prius,* WALTON, J., presiding. LIBEL, originating under a complaint and warrant, under

Heath *v.* Farnham.

c. 33, of the Public Laws of 1858, for search and seizure of intoxicating liquors in the possession of Jarvis Barney, who was charged with unlawfully keeping them for illegal sale.

The warrant ordered the officer to arrest said Barney, if the liquors were found in his possession. The liquors were found in his possession, but he was not arrested. After verdict against him, the respondent moved an arrest of judgment, because—

1st. The said verdict is against the law of the case.

2nd. The complaint in this case alleged that the liquors were unlawfully kept for illegal sale, by Jarvis Barney, and the warrant issued thereon required the arrest of said Barney in case the liquors were found in his possession, to be held for trial forthwith, and the said liquors were so found in said Barney's possession, and he was never arrested or tried in the Court below, or at any time, as required by law; nor are any reasons given, by the officer serving said warrant, why said Barney was not arrested.

The presiding Judge overruled the motion, and the respondent excepted.

*Solyman Heath*, for the respondent.

*Peters, Attorney General, contra.*

BY THE COURT. — (APPLETON, C. J., CUTTING, WALTON, DICKERSON, BARROWS and DANFORTH, JJ.)

*Exceptions overruled.*